UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,          Case Number 22-51300

v.          Honorable David M. Lawson

ROBERT M. SILLS,

        Defendant,

and

OSCAR DILLON, III,

        Proposed Intervor.

_____/

## ORDER OF DISMISSAL

On August 10, the "proposed intervenor," Oscar Dillon, III, initiated this miscellaneous matter by filing a "motion to intervene" in a separate criminal matter, *United States v. Robert M. Sills*, No. 06-20663. The motion does not cite any authority for the proposition that a person can move to "intervene" in a criminal matter in which he has not been charged via an information or indictment, and the Court has found no legal authority for such a procedural maneuver. *See United States v. Rakhit*, No. 18-33, 2021 WL 1145626, at *5 (N.D. Ohio Mar. 25, 2021) ("[T]he Federal Rules of Criminal Procedure make no reference to a motion to intervene."). The motion therefore will be denied, and the miscellaneous matter will be dismissed.

Accordingly, it is **ORDERED** that proposed intervenor Oscar Dillon, III's motion to intervene (ECF No. 1) is **DENIED**, and this miscellaneous matter is **DISMISSED**.

        s/David M. Lawson
        DAVID M. LAWSON
        United States District Judge

Dated:  August 11, 2022